IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONNY E. GRAY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0986

_____/

Opinion filed August 19, 2014.

An appeal from the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

Jonny E. Gray, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.